UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUELA D. SERRANO VALENZUELA, an individual<br><br>Plaintiff,<br><br>vs.<br><br>NISSAN NORTH AMERICA, INC., a Delaware Corporation,<br><br>Defendants. | Case No.: <u>1:24-cv-01054-KES-BAM</u><br><br>*District Judge Kirk E. Sherriff*<br>*Magistrate Judge Barbara A. McAuliffe*<br><br>**ORDER GRANTING JOINT STIPULATION TO REMAND**<br><br>[Removed from Fresno County Superior Court Case No. 23CECG05011]<br><br>Date Filed: December 6, 2023<br>Removed: September 4, 2024 |

# **ORDER**

On October 4, 2024, the parties filed a joint stipulation for remand to state court. Doc. 5. The Court, having considered the parties' stipulation, and good cause appearing, hereby orders that the parties' stipulation is **GRANTED**:

1. This matter is remanded to the Superior Court of the State of California, County of Fresno;
2. The Clerk of Court shall mail a copy of this order to the clerk of the Fresno County Superior Court;
3. The parties shall bear their own respective attorneys' fees and costs with respect to the removal and subsequent remand; and
4. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:   October 11, 2024

UNITED STATES DISTRICT JUDGE